# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Richard Tamez, Billy Tom Medlin, Gavin Reynolds, and James Clark, on behalf of themselves and other similarly situated individuals, | : : : : : | CIVIL ACTION 5:15-cv-330-RP<br><br>ELECTRONICALLY FILED |
| Plaintiffs, | : | |
| v. | : : : | **PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE** |
| BHP Billiton Petroleum (Americas), Inc. | : : | |
| Defendant. | : | |

Plaintiffs Richard Tamez, Billy Tom Medlin, Gavin Reynolds, and James Clark (collectively, "Plaintiffs"), through their undersigned counsel, respectfully moves this Court for an Order conditionally certifying the following FLSA collective class:

> All persons who worked for Defendant and were paid a "day rate" at any time since three years prior to April 24, 2015, the filing date for the Complaint.

pursuant to 29 U.S.C. § 216(b). This Motion is made based on the accompanying Memorandum of Law, declaration of Alexander M. Baggio and the exhibits attached thereto.

DATED: August 19, 2015

                             */s/Alexander M. Baggio*
                             NICHOLS KASTER, PLLP
                             Paul J. Lukas, MN Bar No. 22084X
                             Michele R. Fisher, MN Bar No. 030369
                             Alexander M. Baggio, MN Bar No. 389912*
                             4600 IDS Center
                             80 South 8th Street
                             Minneapolis, MN  55402
                             Telephone: (612) 256-3200
                             lukas@nka.com
                             fisher@nka.com

        abaggio@nka.com
        *Adimitted Pro Hac Vice*

        Attorneys For Plaintiffs and the Putative
        FLSA Collective Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2015, the foregoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record:

Shauna Johnson Clark
Jamila Mensah
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Shauna.clark@nortonrosefulbright.com
Jamila.mensa@nortonrosefulbright.com

                                              */s/Alexander M. Baggio*
                                              Alexander M. Baggio