# EXHIBIT B



**Paul J. Lukas**  
Phone: (612) 256-3200  
Fax: (612) 338-4878  
lukas@nka.com

4600 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402  
(877) 448-0492

[DATE]

Name  
Address  
City, State Zip Code

**Re:   Lawsuit Against BHP Billiton Petroleum (Americas), Inc.**  
       **Case No. 5:15-cv-330-RP (Western District of Texas)**

Dear [Name]:

The [date] **deadline to make a claim for your overtime pay under the federal Fair Labor Standard Act is approaching.**

You should have already received a copy of the court-authorized Notice of the lawsuit brought on behalf of individuals paid on a "day rate" who work or worked for BHP Billiton Petroleum (Americas), Inc. If you would like to make a claim in this case for your overtime pay when you worked over 40 hours in a workweek, you must complete and return the enclosed Consent Form before [date].

If you have any questions, please contact us at (612) 256-3200 or visit our website at www.nka.com/case/bhp-billiton-company.

Sincerely,

Paul J. Lukas  
Attorney at Law

Encl.

## BHP BILLITON PETROLEUM (AMERICAS) INC.
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, BHP Billiton Petroleum (Americas) Inc. ("BHP Billiton"), to recover unpaid wages.

2. Between April 24, 2012 and the present, there were occasions when I worked over 40 hours per week for BHP Billiton, was paid on a "day rate" basis, and did not receive overtime compensation for my hours worked over 40 per week.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____

_____
Signature

_____
Print Name

Information Below Will Be Redacted in Filings with the Court. Please Print or Type.

Address: _____

City, State, Zip: _____

Best Phone Number(s): _____

Email: _____

**Return this form by fax, email or mail to:**   **Nichols Kaster, PLLP, Attn: Paul J. Lukas**
**Fax: (612) 215-6870**
**Email: forms@nka.com**
**Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web: www.nka.com**