IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD TAMEZ, BILLY TOM MEDLIN, GAVIN REYNOLDS, and JAMES CLARK, each individually and on behalf of all others similarly situated, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | 5:15-CV-330 RP |
| BHP BILLITON PETROLEUM (AMERICAS), INC., | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Approve FLSA Notice, Opt-in Consent Form, and Notice Distribution Method, filed October 19, 2015 (Dkt. 32). On October 5, 2015 the Court granted in part Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice. The Court conditionally-certified a class of plaintiffs but ordered the parties to confer with regard to the nature of the notice to be issued to class members. Having reached an agreement, the parties now ask the Court to enter an order approving of the parties' agreed form of notice and consent form, and agreed reminder notice and consent form, and agreed method of distribution.

The Court approves of the content and method of notice agreed to by the parties. Accordingly, the parties' Joint Motion to Approve FLSA Notice, Opt-In Consent Form, and Notice of Distribution Method (Dkt. 32) is hereby **GRANTED.**

**SIGNED** on October 20, 2015.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1