UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Richard Tamez, Billy Tom Medlin, Gavin Reynolds, James Clark | § § § § § § | NO: SA:15-CV-00330-RP |
| vs. | | |
| BHP Billiton Petroleum (Americas), Inc. | | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a status conference on Wednesday, January 13, 2016 at 9:30 AM in Courtromom #4 at the United States Courthouse, 655 E. Cesar E. Chavez, San Antonio, Texas 78206.[1] The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on November 10, 2015.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] If counsel for any party is not located in San Antonio, he or she is welcome to appear telephonically. Should counsel plan to appear telephonically, he or she must inform the Court prior to the date of the conference.