IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVSION

| | | |
|---|---|---|
| Richard Tamez, Billy Tom Medlin, Gavin Reynolds, and James Clark, on behalf of themselves and other similarly situated individuals, | § § § § § | |
| Plaintiffs, | § | 5:15-cv-330-RP |
| v. | § § | |
| BHP Billiton Petroleum (Americas), Inc. | § § § | |
| Defendant. | § § | |

## ORDER

The parties appeared for a pretrial conference on Tuesday, November 10, 2015. Paul Lukas appeared on behalf of the Plaintiffs, and Shauna Johnson Clark on behalf of Defendant. Having discussed the status of the case, specifically Defendant's efforts to obtain mailing addresses of all persons within the scope of the conditionally certified collective class, the Court Orders that the statute of limitations of all persons within the collective class is tolled from October 20, 2015, until the status conference on January 13, 2016, at 9:30 .am. (DKT. 38), or the date Plaintiffs send mail and email notice to the collective class, whichever comes first.

IT IS ORDERED this 12th day of November, 2015.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE