**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

---

| | | |
|---|---|---|
| Richard Tamez, Billy Tom Medlin, | : | CIVIL ACTION 5:15-cv-330-RCL |
| Gavin Reynolds, and James Clark, | : | |
| on behalf of themselves and other | : | |
| similarly situated individuals, | : | |
| | : | |
| | : | **NOTICE OF WITHDRAWAL FILING** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| | : | |
| BHP Billiton Petroleum (Americas), Inc. | : | |
| | : | |
| Defendant. | : | |

---

PLEASE BE ON NOTICE that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the

attached Withdrawal Form for the following person:

James, Richard


DATED: May 10, 2017


s/Alexander M. Baggio
NICHOLS KASTER, PLLP
Paul J. Lukas, MN Bar No. 22084X
Michele R. Fisher, MN Bar No. 030369
Alexander M. Baggio, MN Bar No. 389912*
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
fisher@nka.com
abaggio@nka.com
*Adimitted Pro Hac Vice*

Attorneys For Plaintiffs and the Putative
FLSA Collective Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Richard Tamez, Billy Tom Medlin, Gavin Reynolds, and James Clark, on behalf of themselves and other similarly situated individuals, | : : : : : | CIVIL ACTION 5:15-cv-330-RCL |
| Plaintiffs, v. | : : : | **PLAINTIFF WITHDRAWL FROM LAWSUIT** |
| BHP Billiton Petroleum (Americas), Inc. | : : : | |
| Defendant. | : | |

I hereby revoke my Consent to Joint Litigation form and withdraw as Plaintiff from the above-mentioned lawsuit involving claims against Defendant BHP Billiton Petroleum (Americas), Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon my filing my Consent to Join form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Dates: 5-10-17

_____
Signature

Richard James
Print Name

**Mail, fax, or email form to:**
**Alexander M. Baggio**
**Nichols Kaster, PLLP 80 S. Eighth Street, Ste. 4600, Minneapolis, MN 55402**
**Fax: (612) 215-6878**
**Email: forms@nka.com**
**Phone: (877) 488-0492**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2017 the foregoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record:

Shauna Johnson Clark
Kimberly F. Cheeseman
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Shauna.clark@nortonrosefulbright.com
Kimberly.cheeseman@nortonrosefulbright.com

<u>s/Alexander M. Baggio</u>
Alexander M. Baggio

2