IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **RICHARD TAMEZ, BILLY TOM MEDLIN, GAVIN REYNOLDS, and JAMES CLARK, Individually and On Behalf of Others Similarly Situated** § § § § § § | | |
| **PLAINTIFFS,** § | § | **CIVIL ACTION NO. 5:15-cv-330-RCL** |
| **v.** § | § § | |
| **BHP Billiton Petroleum (Americas), Inc.,** § | § § | |
| **DEFENDANT.** | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Richard Tamez, Billy Tom Medlin, Gavin Reynolds, and James Clark ("Named Plaintiffs"), on behalf of themselves and on behalf of all other Opt-in Plaintiffs who have filed their Consents to join this lawsuit (collectively "Plaintiffs") and Defendant BHP Billiton Petroleum (Americas), Inc. ("Defendant") file this self-executing Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which is signed by all Parties who have appeared in this action. This Joint Stipulation is reached in light of a recent decision by the Fifth Circuit *in Faludi v. U.S. Shale Solutions*, L.L.C., --- F.3d ----, 2019 WL 3940878 (5th Cir. Aug. 21, 2019), which decided the issue central to this case. This Joint Stipulation is reached in good faith to prevent the accrual of unnecessary additional time and resources on this case by the Court and parties.

Plaintiffs dismiss with prejudice all claims and causes of action asserted against Defendant in this matter with each party to bear their own fees and costs.

- 2 -

Respectfully submitted,

| NICHOLS KASTER, PLLP | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| */s/   Michele Fisher w/p* | */s/  Shauna Johnson Clark* |
| Paul J. Lukas, MN Bar No. 22084X | Shauna Johnson Clark |
| Michele R. Fisher, MN Bar No. 030369 | State Bar No. 00790977 |
| Neil D. Pederson, MN Bar No. 0397628* | Kimberly F. Cheeseman |
| 4600 IDS Center | State Bar No. 24082809 |
| 80 South 8th Street | 1301 McKinney, Suite 5100 |
| Minneapolis, MN  55402 | Houston, Texas 77010-3095 |
| Telephone: (612) 256-3200 | Telephone: (713) 651-5151 |
| lukas@nka.com | Facsimile: (713) 651-5246 |
| fisher@nka.com | shauna.clark@nortonrosefulbright.com |
| npederson@nka.com | kimberly.cheeseman@nortonrosefulbright.com |
| *\*Admitted Pro Hac Vice* | *Attorneys for Defendant* |
| *Attorneys For Named and Opt-in Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure upon the following counsel on September 6, 2019:

Paul J. Lukas
Michele R. Fisher
Neil D. Pederson
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
lukas@nka.com
fisher@nka.com
npederson@nka.com

*/s/ Shauna Johnson Clark*